# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Patrick Levier
Louisiana State Penitentiary DOC No. 533318
CBB - L/L - 13
Angola LA 70712

### REHEARING ACTION: July 30, 2014

**Docket Number: 14   00430-CW**

**STATE OF LOUISIANA**
**VERSUS**
**PATRICK LEVIER**

**Writ Application from Lafayette Parish Case No. 112212**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrick Levier** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for the Respondent